ANDREYKO, APPELLEE, *v.* CITY OF CINCINNATI ET AL., APPELLANTS.

[Cite as *Andreyko v. Cincinnati,*
102 Ohio St.3d 1238, 2004-Ohio-3070.]

(No. 2003–1212—Submitted May 25, 2004—Decided June 30, 2004.)

{¶ 1} The appeal is dismissed, sua sponte, as having been improvidently accepted.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

Katz, Teller, Brant & Hild and James F. McCarthy III, for appellee.

Julia L. McNeil, City Solicitor, Julie F. Bissinger, Chief Counsel, and Frank H. Prouty Jr., Assistant City Solicitor, for appellants.